John C. Heeb et al., Plaintiffs v. Walter W. Graff, Defendant.

Gen. No. 9,646.

254

Heard in this court at February term, 1941; opinion filed July 9, 1941. George M. Schatz and Marvin F. Burt, for plaintiffs; George M. Schatz, Marvin F. Burt and Ira S. Kolb, of counsel; Burrell & Burrell, for defendant. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''